UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD E. SANDOVAL, | ) | Case No. CV 09-3879 AHM(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: December 21, 2011

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE